**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTER BAILEY, | Case No. CV 20-918 PA (Ex) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| BAHAY KUBO INC., GHARLAND GOZON, and DOES 1-10, | |
| Defendants. | |

In accordance with the Court's May 8, 2020 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: May 8, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE